# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**PAu 3-452-712**

Effective date of registration:

April 25, 2008

## Title

| | |
|---|---|
| Title of Work: | A Memory Stream |
| Nature of Work: | Instrumental Music |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2008 |

## Author

- **Author:** John Keith Emanuele
  - Author Created: Co-Writer and Co-Owner of Copyrights
  - Work made for hire: No
  - Citizen of: United States
  - Year Born: 1984
  - Anonymous: No    Pseudonymous: No

- **Author:** Richard Thomas Cupolo
  - Author Created: Co-Writer and Co-Owner of Conyrights
  - Work made for hire: No
  - Citizen of: United States
  - Year Born: 1984
  - Anonymous: No    Pseudonymous: No

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | John K. Emannele |
| | 75-10 197 Street, 2nd Floor, Flushing, NY, 11366 |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | No |

## Certification

Page 1 of 2

Name: John K. Ernanuele
Date: March 5, 2008

**Copyright Office notes:** Regarding author information: Deposit contains music.

**Registration #:**   PAU003452712

**Service Request #:**   1-65320963

John K. Emannele
75-10 197 Street, 2nd Floor
Flushing, NY 11366

# COPYRIGHT ASSIGNMENT

Author: Richard Thomas Cupolo

Address: 15 Middleton Rd., Garden City, New York

    FOR GOOD AND VALUABLE CONSIDERATION, receipt and sufficiency of which is hereby acknowledged, Author hereby transfers and assigns to Yesh Music LLC (hereafter "YESH"), located at 75-10 197th St., Flushing, New York, and to YESH's successors and assigns in perpetuity, One Hundred Percent (100%) of the entire right, title and interest in and to:

1. the copyright to Author's contribution (hereafter referred to as the "Contribution" and which is more specifically defined below) to the below works (hereafter, "the Works");

   A LONG GOODBYE – SELF-TITLED ALBUM BONUS TRACK
   A MEMORY STREAM
   AMBIENT ONE
   AMBIENT TWO
   AMBIENT THREE
   ATLAS
   AWAKE IN THE CITY
   BSIDES
   FROM THE INLAND SEA
   LIVE IN BROOKLYN
   NEAR EAST – ATLAS BONUS TRACK
   THE AMERICAN DOLLAR
   THE TECHNICOLOUR SLEEP

2. the Author's interest in and to the below Copyright Registrations, along with any renewals and extensions thereof, relating to the Contribution or the Works;

   | COPYRIGHT REG. NO. | TITLE OF COPYRIGHTED WORK |
   | --- | --- |
   | PAu 3-452-712 | A MEMORY STREAM |
   | SR 677-648 | AMBIENT ONE |
   | SR 679-263 | AMBIENT TWO |
   | SRu 1-084-375 | AMBIENT THREE |
   | SR 677-194 | ATLAS |
   | SR 677-647 | FROM THE INLAND SEA |
   | SR 677-646 | LIVE IN BROOKLYN |
   | PA 1-306-744 | THE AMERICAN DOLLAR |
   | PA 1-346-426 | THE TECHNICOLOUR SLEEP |

3. any copyright applications presently pending at the time of execution of this agreement and any resulting registrations therefrom;

4. all works based upon, derived from, or incorporating the Contribution;

5. all income, royalties, damages, claims and payments now or hereafter due or payable with respect to the Contribution or the Works;

RICHARD THOMAS CUPOLO to YESH MUSIC LLC

6. all causes of action, either in law or in equity, for past, present, or future infringement of copyright related to the Works, and

7. all rights corresponding to any of the foregoing, throughout the world.

The Author's Contribution consists of authorship of the Works, including music, lyrics, recording production, sound recordings, performance rights and any and all other authorship interests of any kind, now vested and contingent therein. The other author of the Works is John Keith Emanuele.

This Assignment includes the assignment of all rights, including copyright, to any modifications or other alterations to the Works or the Contribution that the Author makes under this Agreement or any other agreement between the Author and YESH.

IN WITNESS THEREOF, Author duly executes this Agreement.

By:_____
Richard Thomas Cupolo ("Author")

10/11/12
_____
Date


STATE OF NEW YORK    )
                     ) SS.:
COUNTY OF Nassau     )

Before me on this 11th day of October, 2012, personally appeared Richard Thomas Cupolo, to me known to be the person who is described in and who executed the foregoing assignment instrument and acknowledged to me that he executed the same of his own free will for the purpose therein express.

_____
NOTARY PUBLIC

KARREN E. PALERMO
NOTARY PUBLIC, State of New York
No. 30-4653032
Qualified in Nassau County
Commission Expires 9/31/13