Exhibit 2

| | From: | **Yesh Music Licensing** contact@yeshmusic.com |
|---|---|---|
| | Subject: | Lunajets Video |
| | Date: | July 27, 2016 at 10:55 PM |
| | To: | lunajets@lunajets.com |



Hello,

we noticed Lunajets is displaying video content paired with the music of The American Dollar, whom we represent. We do not have any record of granting a license for these pieces, we request that you kindly forward your license information for the use of their music to our email address: contact@yeshmusic.com

Thank You,
Yesh Music Licensing